UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-60007-CR-DIMITROULEAS

UNITED STATES OF AMERICA

V.                                             MINUTE ORDER

VICTOR WOLF
NATALIA WOLF


On January 18, 2011 an Indictment was returned for the above named defendants. These defendants not having been arrested and 30 days having passed, these defendants are hereby transferred to fugitive status.

Dated this 28th Day of February, 2011 at Fort Lauderdale, Florida.

AT THE DIRECTION OF THE
HONORABLE WILLIAM P. DIMITROULEAS

STEVEN M. LARIMORE,
CLERK OF COURT

BY: _____
KAREN A. CARLTON
DEPUTY CLERK